January 25, 2008

Ms. Katherine D. Mackillop
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Mr. David W. Holman
The Holman Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, TX 77046
Honorable Susan Criss
212th Judicial District
600 59th Street, Rm. 4204
Galveston, TX 77551

RE: Case Number: 07-0119
 Court of Appeals Number: 01-06-00943-CV
 Trial Court Number: 05-CV0337-A

Style: IN RE BP PRODUCTS NORTH AMERICA, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. The Motion to Dismiss Mandamus as Moot is denied.
The stay order issued February 22, 2007 is lifted. (Justice O'Neill not
sitting) (Justice Gaultney sitting by commission pursuant to Section
22.005 of the Texas Government Code)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Brent Wayne Coon |
| |Ms. Latonia Renee |
| |Wilson |
| |Ms. M. Karinne |
| |McCullough |
| |Ms. Lynne Liberato |